UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Nicolas Joson Gomez Jr. #144361

Case No.  16-mc-80133-JD

**ORDER OF SUSPENSION**

Because Nicolas Joson Gomez Jr. has failed to respond to the Order to Show Cause, Mr. Gomez's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: August 8, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 16-mc-80133-JD |
|---|---|
| Nicolas Joson Gomez Jr. #144361 | **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/8/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nicolas Joson Gomez
PO Box 5006
South San Francisco, CA 94803

Dated: 8/8/2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

United States District Court
Northern District of California